# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01992-SSS-DTBx | Date | March 31, 2025 |
| Title | *Danae Rocha Alvarez v. Miguel Alverto Marin* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER CLOSING CASE**

On March 28, 2025, Petitioner Danae Rocha Alvarez filed a Notice of Execution of Court Order (the "Notice"). [Dkt. 29]. The Notice indicated the Court's prior Order Granting the Motion for Default Judgment [Dkt. 28] was executed and the minor child was returned to Petitioner to Tijuana, Bakja California, Mexico. [Dkt. 29]. The Notice also requests that this matter be considered closed. [*Id*.]. As such, the Court finds that the case is hereby **TERMINATED** and the Clerk is directed to close the case.

**IT IS SO ORDERED.**